# In the United States Court of Federal Claims

No. 10-743C
Filed: April 4, 2011

*******************************************

| | |
|---|---|
| GOOGLE, INC., *et al*, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| SOFTCHOICE CORPORATION, | * |
| Defendant-Intervenor. | * |

*******************************************

## ORDER

The court has determined that the Department of the Interior's ("Interior") Request For Information identified in the Government's March 29, 2011 Notice does not appear to violate the January 3, 2011 Preliminary Injunction, issued in the above captioned case. Accordingly, Interior may proceed with the issuance of the RFI, but is directed to inform the court, if and when a request for proposals and/or solicitation is to be issued. In addition, the Government is directed to inform the court of any procurement activity at Interior within the scope of the January 3, 2011 Preliminary Injunction.

**IT IS SO ORDERED.**

 s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**